RECEIVED
IN MONROE, LA

FEB 0 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 04-30014-01 |
| | : | |
| VERSUS | : | JUDGE JAMES |
| | : | |
| KEVIN WHITLOCK | : | MAGISTRATE JUDGE HAYES |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, by virtue of the terms and conditions of the defendant, KEVIN WHITLOCK's plea agreement, the United States is now entitled to possession of all of defendant's right, title, and interest in $5,729 in United States currency.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Based on the defendant's plea agreement, all rights, title and interest of the defendant, KEVIN WHITLOCK, in $5,729 in United States currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n)(1).

2. Upon entry of this Order, the United States Marshals Service is authorized to seize said currency on behalf of the United States, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

3. Pursuant to Title 21, United States Code, Section 853(n)(1), the United States Marshals Service shall publish at least once for three successive weeks in a newspaper of general circulation for Ouachita Parish, Louisiana, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct and notice that any

person, other than the defendant, KEVIN WHITLOCK, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, Louisiana 71101 with a copy thereof sent to Assistant United States Attorney Alexander C. Van Hook, 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101.

4. That upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

Monroe, Louisiana, this 3 day of February, 2006.

_____
ROBERT G. JAMES
United States District Judge